UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tyler Michael Fuller and
John Skinner,

        Plaintiff,        Case Number: 25-cv-11743
                                          Honorable Nancy G. Edmunds

v.

Saginaw County Jail, et al.,

        Defendants.
_____/

## OPINION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is a complaint filed by Plaintiffs Tyler Michael Fuller and John Skinner under 42 U.S.C. § 1983.  For the reasons stated below, the complaint is dismissed without prejudice.

On June 11, 2025, Plaintiffs filed a *pro se* complaint.  (ECF No. 1.)  Plaintiffs also filed an application for leave to proceed without prepayment of the filing fee. (ECF No. 2.)  A prisoner seeking leave to proceed *in forma pauperis* must "submit a certified copy of the trust fund account statement ... for the 6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(2). Because Plaintiffs failed to submit a certified trust fund account statement, the Court ordered them to do so within thirty (30) days and cautioned that failure to correct the deficiency would result in dismissal of the case without prejudice.  (ECF No. 4.)

Plaintiffs have not submitted certified trust account statements. By failing to provide the documentation needed to proceed *in forma pauperis* or to pay the filing and administrative fees, Plaintiffs have not complied with the deficiency order.

Accordingly, the complaint is DISMISSED WITHOUT PREJUDICE. Plaintiffs may initiate a new civil rights action under a new case number by either paying the filing and administrative fees or filing the necessary documentation to proceed without prepayment of fees. This case will not be reopened.

**IT IS SO ORDERED**.

                                                    s/Nancy G. Edmunds
                                                    Nancy G. Edmunds
                                                    United States District Judge

Dated: September 16, 2025